IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DENICE HAWS**                                                                                 **PLAINTIFF**

**v.**                                          **Civil No. 1:22cv71-HSO-RPM**

**PASCAGOULA-GAUTIER SCHOOL
DISTRICT and MELISSA D'ANGELO**                         **DEFENDANTS**

### FINAL JUDGMENT OF DISMISSAL

In accordance with the Order entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above-captioned civil action is dismissed without prejudice.

**SO ORDERED** this the 2nd day of November, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE